UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                :

       -v-                                        :                  24 Cr. 635 (JPC)

LORENZO McDONALD,                       :
    a/k/a "Enrico McDonald,"             :                <u>PRETRIAL ORDER</u>

                  Defendant.            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on March 3, 2025. The Court directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

The deadline for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is January 31, 2025. The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is February 7, 2025. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by February 3, 2025. By February 10, 2025, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by February 10, 2025, with oppositions due February 17, 2025. The Court will hold a Final Pretrial Conference on

February 21, 2025, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: January 21, 2025  
       New York, New York

                            JOHN P. CRONAN  
                        United States District Judge