UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
UNITED STATES OF AMERICA,                                             :
                                                                      :
              -v-                                                     :        24 Cr. 635 (JPC)
                                                                      :
LORENZO MCDONALD,                                                     :        ORDER
                                                                      :
                              Defendant.                              :
                                                                      :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before a

United States Magistrate Judge on February 14, 2025;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the

District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant

entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty

plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


        SO ORDERED.

Dated: February 19, 2025
       New York, New York        _____
                                              JOHN P. CRONAN
                                          United States District Judge