UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA,           :

                                :

        -v-                       :              24 Cr. 635 (JPC)

                                :

LORENZO MCDONALD,             :              ORDER

                                :

              Defendant.        :

                                :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Defendant Lorenzo McDonald is scheduled to be sentenced on May 14, 2025.  Pursuant to Federal Rule of Criminal Procedure 32(e)(2), "[t]he probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period."  The Initial Presentence Investigation Report was disclosed on April 10, 2025—thirty-four days before sentencing.  Dkt. 17.  Accordingly, by April 18, 2025, Defendant's counsel shall advise the Court as to whether he expects that his client will waive the minimum period prescribed by Rule 32 or otherwise requests an adjournment of sentencing.

       SO ORDERED.

Dated: April 11, 2025
       New York, New York                      _____
                                       JOHN P. CRONAN
                                United States District Judge