UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                 :
UNITED STATES OF AMERICA
                 :    CONSENT PRELIMINARY ORDER
      - v. -                    OF FORFEITURE AS TO
                 :    <u>SPECIFIC PROPERTY</u>
LORENZO MCDONALD,
    a/k/a "Enrico McDonald,"       :    24 Cr. 635 (JPC)

        Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about November 12, 2024, LORENZO MCDONALD, a/k/a "Enrico McDonald," (the "Defendant"), was charged in an Indictment, 24 Cr. 635 (JPC) (the "Indictment"), with Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951 (Counts One, Three, Five, Seven, Nine, and Eleven); and firearms use, carrying, and possession, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii) (Counts Two, Four, Six, Eight, and Ten); and firearms use, carrying, and possession, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), and (iii) (Count Twelve);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Three, Five, Seven, Nine, and Eleven of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Three, Five, Seven, Nine, and Eleven of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Three, Five, Seven, Nine, and Eleven of the Indictment;

        WHEREAS, the Indictment also included a forfeiture allegation as to Counts Two, Four, Six, Eight, Ten and Twelve of the Indictment, seeking forfeiture to the United States,

pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in the offenses charged in Counts Two, Four, Six, Eight, Ten, and Twelve of the Indictment, including but not limited to:

    a. One black Taurus G2C 9mm firearm, Serial No. ABD455185; and

    b. Six 9mm Luger bullets;

(a. and b., collectively, the "Specific Property");

WHEREAS, on or about February 6, 2025, the Defendant pled guilty to Counts Ten and Twelve of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts Ten and Twelve of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all right, title, and interest of the Defendant in Specific Property;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the Specific Property, which constitute firearms and ammunition involved in or used in the offenses charged in Counts Ten and Twelve of the Indictment; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Matthew Podolsky, Acting United States Attorney, Assistant United

5.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.      Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____    5/15/2025
JARED D. HOFFMAN                          DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-1060


LORENZO MCDONALD

By: _____    5/16/25
LORENZO MCDONALD                          DATE


By: _____    5/16/25
MARK B. GOMBINER, ESQ.                    DATE
Attorney for Defendant
52 Duane Street, 10th Floor
New York, NY 10007


SO ORDERED:

_____    5/16/25
HONORABLE JOHN P. CRONAN              DATE
UNITED STATES DISTRICT JUDGE